No. 74–242.  HOOKER, DIRECTOR, NEW HAMPSHIRE DIVISION OF WELFARE *v.* CARVER ET AL.  C. A. 1st Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Burns* v. *Alcala, ante,* p. 575.

No. A–232.  MINNESOTA ET AL. *v.* RESERVE MINING Co. ET AL.; and

No. A–262.  UNITED STATES *v.* RESERVE MINING Co. ET AL.  C. A. 8th Cir.  Renewed applications to vacate indefinite stay order pending appeal, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.  Reported below: 498 F. 2d 1073.

No. A–684.  MAROE *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL.  D. C. C. D. Cal.  Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–697.  DECHAMPLAIN *v.* LOVELACE ET AL.  C. A. 8th Cir.  Reapplication for bail, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–728.  B. COLEMAN CORP. ET AL. *v.* WALKER ET AL.  C. A. 7th Cir.  Application for stay or for injunction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 74–362.  INTERCOUNTY CONSTRUCTION CORP. ET AL. *v.* WALTER, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL.  C. A. D. C. Cir.  [Certiorari granted, 419 U. S. 1119.]  Motion of the Solicitor General to permit Frank H. Easterbrook, Esquire, to argue *pro hac vice* granted.